# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LARRY DARNELL BILLINGS,<br><br>Petitioner,<br><br>v.<br><br>ROBERT BURTON,<br><br>Respondent. | No. CV 22-06423-MWF (DFM)<br><br>ORDER OF DISMISSAL |

Petitioner Larry Darnell Billings filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, challenging his 1990 conviction for first-degree murder with special circumstances. See Dkt. 1. The Court's "Notice of Reference to a U.S. Magistrate Judge," see Dkt. 3, was returned to sender with the notation that Petitioner died on September 13, 2022, see Dkt. 4. The California Department of Corrections and Rehabilitation ("CDCR") inmate locator shows no records for Mr. Billings, confirming that he is deceased. See https://inmatelocator.cdcr.ca.gov/search.aspx (search for "Billings, Larry") (last accessed Oct. 3, 2022).

A habeas petitioner must be "in custody" to challenge his detention. See 28 U.S.C. § 2254(a). A petitioner's death renders the habeas petition moot. See Dove v. United States, 423 U.S. 325 (1976) (per curiam) (dismissing petition for a writ of certiorari from appellate decision in criminal proceedings upon

petitioner's death); <u>Farmer v. McDaniel</u>, 692 F.3d 1052 (9th Cir. 2012) (upon notice of petitioner's death, appeal dismissed as moot and case remanded to district court to dismiss habeas petition as moot); <u>Garceau v. Woodford</u>, 399 F.3d 1101 (9th Cir. 2005) ("Because petitioner's death renders this case moot, the petition for a writ of habeas corpus should be dismissed as moot."); <u>Griffey v. Lindsey</u>, 349 F.3d 1157 (9th Cir. 2003) (same). Here, Petitioner's death constitutes an end to his detention; this action no longer presents a live case or controversy. Accordingly, the Petition challenging his alleged unconstitutional confinement is now moot.

IT IS THEREFORE ORDERED that the Petition is dismissed without prejudice as moot, on account of Petitioner's death.

Judgment shall be entered accordingly.

Dated: October 4, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

Presented by:

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge

2