JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LARRY DARNELL BILLINGS,<br><br>Petitioner,<br><br>v.<br><br>ROBERT BURTON,<br><br>Respondent. | No. CV 22-06423-MWF (DFM)<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that that this action is dismissed without prejudice as moot, on account of Petitioner's death.

Date:  October 4, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge